ORIGINAL
FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2009 MAR 30 PM 4:08
CLERK _S. McCarty_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| GEORGE DINKINS, ) | |
| Plaintiff, ) | |
| v. ) | CV 308-117 |
| ALLAN SMALLEY, et al., ) | |
| Defendants. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice, and this case is **CLOSED**.

SO ORDERED this 30th day of March, 2009, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE